\*\*E-filed 12/12/06\*\*

1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>MURPHY ELECTRICAL CONSTRUCTION COMPANY, an Illinois Corporation,<br><br>Defendants. | CASE NO.: C06-05505 JF RS<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>DATE:  December 15, 2006<br>TIME:  10:30 a.m.<br>PLACE: Courtroom 3, 5th Floor<br><br>JUDGE: Hon. Jeremy Fogel |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. On November 30th, Plaintiffs e-filed a Request for Entry of Default against Defendant MURPHY ELECTRICAL CONSTRUCTION COMPANY, an Illinois Corporation.

### DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for sixty (60) days to proceed with a Request

1

for Default Judgment on defendant. Therefore, Plaintiffs request that the case be continued until February 16, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: December 4, 2006

*[signature]*
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to February 16, 2007, at 10:30 a.m., in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 12/12/06

*[signature]*
JUDGE OF THE U.S. DISTRICT COURT
Jeremy Fogel

2

CASE MANAGEMENT CONFERENCE STATEMENT