SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone:  (408) 277-0648
Fax:     (408) 938-1035

**E-filed 5/2/07**

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF  AND APPRENTICESHIP TRAINING TRUST FUNDS, <br><br> Plaintiffs, <br><br> vs. <br><br> MURPHY ELECTRICAL CONSTRUCTION COMPANY, an Illinois Corporation, <br><br> Defendants. | CASE NO.:  C06-05505 JF RS <br><br> CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER <br><br><br> DATE:      May 18, 2007 <br> TIME:      10:30 a.m. <br> PLACE:    Courtroom 3, 5th Floor <br><br> JUDGE:    Hon. Jeremy Fogel |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served.  On December 13, 2006, a Request for Entry of Default was entered against Defendant MURPHY ELECTRICAL CONSTRUCTION COMPANY, an Illinois Corporation.  On January 31, 2007, Plaintiffs filed a First Amended Complaint to correct a clerical error in the complaint.  Plaintiffs have efiled a Request for Entry of Default on the First Amended Complaint.  An attorney for Defendant contacted Plaintiffs, however the parties were not able to settle the case.

///

1

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for ninety (90) days to proceed with a Request for Default Judgment on defendant.  Therefore, Plaintiffs request that the case be continued until August 24, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: April 25, 2007

SUE CAMPBELL
Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby continued to August 24, 2007, at 10:30 a.m., in Courtroom 3, 5th Floor.  Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated:    5/2/07

JUDGE OF THE U.S. DISTRICT COURT
JEREMY FOGEL

2

CASE MANAGEMENT CONFERENCE STATEMENT